UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                  CASE NO: 14-20179

v.                                HONORABLE: ROBERT H. CLELAND

LAURENCE LAPORTE,

                Defendant.

_____/

## **PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, an Indictment was filed on or around March 27, 2014, which
charged Defendant with one (1) Count of Willful Engagement in Firearms
Business Without a License pursuant to 18 U.S.C. § 922(a)(1)(A).   The
Indictment also sought criminal forfeiture of any firearm(s) and ammunition
involved in or used in the knowing commission of the offense or any firearm or
ammunition intended to be used in the offense pursuant to 18 U.S.C. § 924(d) and
28 U.S.C. § 2461.

WHEREAS, on March 19, 2015, Defendant pleaded guilty to Count One of
the Indictment, which charged Defendant with Willful Engagement in Firearms
Business Without a License pursuant to 18 U.S.C. § 922(a)(1)(A).   Defendant also
agreed to forfeit his interest in all firearms seized during the execution of the search
warrant at XXX50 Jasmine Court, Chesterfield Twp., MI on or about January 16,

2014.   These firearms were fully described in the government's Forfeiture Bill of Particulars filed on April 29, 2014 (*Dkt. #13*), and are further described below as follows (hereinafter "Subject Property"):

- Ruger Super Redhawk Revolver, Caliber: 454, Serial Number: 530-22060;

- Raven Arms MP25 Pistol, Caliber: 25, Serial Number: 867175;

- Walther P1 Pistol, Caliber: 9, Serial Number: 061673;

- Smith & Wesson 12 Revolver, Caliber: 38, Serial Number: D380445;

- Unknown Revolver, Serial Number: V3347;

- Special Weapons SW94 Pistol, Caliber: 9, Serial Number: SAI082;

- Ordance Design Co. Infield Rifle, Serial Number: K8531;

- Sig-Sauer P226 Pistol, Caliber: 40/357, Serial Number: U655116;

- Smith & Wesson 460 Revolver, Caliber: 460, Serial Number: 170;

- Iver Johnson Target Sealed 8 Revolver, Caliber 22, Serial Number: M20044;

- Armalite AR 10 Rifle Caliber: 762, Serial Number: US385101;

- Keltec, CNC Industries, Inc., P3AT Pistol, Caliber: 380, Serial Number: K0W22;

- Beretta USA Corp 92FS Pistol, Caliber: 9, Serial Number:

BER147126Z;

- Remington Arms Company Inc. 700 Rifle, Caliber: 30-06, Serial Number: E6574570;

- Colt WWI Commemorative Pistol, Caliber: 45, Serial Number: 3276-BW;

- Industrial National De Armes Revolver, Serial Number: 219138;

- Romarm/Cugir WASR-10/63KR, Caliber: 762, Serial Number: 100050;

- Browning Buckmark Pistol, Caliber: 22, Serial Number: 655NR16692;

- Walther Pistol, Serial Number: 315975;

- Lewis Machine and Tool Co. Defender 2000 Rifle, Caliber: 556, Serial Number: LMT48372;

- North American Arms NAA22 Revolver, Caliber: 22, Serial Number: E187771;

- Ruger Super Redhawk Revolver, Caliber: 44, Serial Number: 530-08999;

- Springfield Armory, Geneseo, IL M1 Rifle, Caliber: 30, Serial Number: 4357547;

- Smith & Wesson M&P Revolver, Serial Number: 3852;

3

- Huglu Cooperative 103 Shotgun, Caliber: 28, Serial Number: 00S1700;

- Sig Sauer (Sig-Arms) P290 Pistol, Caliber: 9, Serial Number: 25A001992;

- Beretta, Pietro S.P.A. Unknown Shotgun, Serial Number: C64792;

- Colt Combat Commander Pistol, Serial Number: FR20605E;

- Taurus Public Defender Judge Revolver, Caliber: 45/410, Serial Number: CV883704;

- Stoeger Arms Shotgun; Serial Number: 80-60996S;

- Terni Unknown Rifle, Caliber: 735, Serial Number: 1C2317;

- Ruger 22/45 Pistol, Caliber: 22, Serial Number: 225-56174;

- Heckler and Koch P7 Pistol, Caliber 9, Serial Number: 72171;

- Heckler and Koch USC45 Rifle, Caliber: 45, Serial Number: 47-008894;

- Sig-Sauer P6 Pistol, Caliber: 9, Serial Number: M504840;

- Benelli, S.P.A. Shotgun, Serial Number: V121582;

- Wesson Arms, Dan PM1-S Pistol, Caliber: 45, Serial Number: MJ4357;

- Colt Trooper MKIII Revolver, Caliber: 357, Serial Number: 28357J;

- Keltec, CNC Industries Inc. PMR-30 Pistol, Caliber 22, Serial Number:

WOR83;

- Smith & Wesson 22 Revolver, Caliber: 45, Serial Number: K43752;

- Winchester 94 Ranger Rifle, Caliber: 30-30, Serial Number: 6181199;

- Ruger Blackhawk Revolver, Caliber: 44, Serial Number 82-56237;

- Unknown Rifle, Serial Number: 30602;

- CZ (Ceska Zbrojovka) Pistol, Serial Number: 100836;

- Universal Firearms Corp. 1000 Rifle, Caliber: 30, Serial Number: 148981;

- Ruger Unknown Pistol, Serial Number: 5524;

- Walther P38 Pistol, Serial Number: 5827;

- Norinco (North China Industries) SKS Rifle Caliber: 762, Serial Number: 1207011C;

- Howa 1500 Rifle, Caliber: 308, Serial Number: B206684;

- Savage 110 Rifle, Caliber 270, Serial Number: F173232;

- Imbel L1A1 Rifle, Caliber: 308, Serial Number: 125719;

- High Standard K1211 Shotgun, Caliber 12, Serial Number: Unknown;

- Colt 1911 Pistol, Caliber: 45, Serial Number: 293546;

- Hunter Arms Co. Pistol, Serial Number: 12892;

- Mossberg 485 Shotgun, Caliber: 20, Serial Number: G166660;

5

- Browning BPS Shotgun, Caliber: 12, Serial Number 24646NV152;

- Remington Arms Company Inc. 1100 Shotgun, Caliber: 20, Serial Number: R001836K;

- Browning 12 Shotgun, Caliber: 20, Serial Number: 52268PV152;

- Sig Sauer (Sig-Arms) 1911 Pistol, Caliber: 45, Serial Number: GS51918;

- Bushmaster Firears XM15-E2S Rifle, Caliber: 223, Serial Number: L269969;

- Fabrique D'Armes De Guerre De Precision Shotgun, Serial Number: 120780;

- Kimber Ultra CDP Pistol, Caliber: 45, Serial Number: KU07098;

- Ruger Super Redhawk Revolver, Caliber: 454, Serial Number: 323-23269;

- Norinco (North China Industries) SKS Sporter Rifle, Caliber: 762, Serial Number: 9215370;

- Smith & Wesson M&P 9 Pro Series Pistol, Caliber: 9, Serial Number: DVD6025;

- Glock Inc. 29 Pistol, Caliber: 10, Serial Number: RLS768;

- Colt Army Revolver, Serial Number: 40485SA;

6

- Browning Shotgun, Caliber: 12, Serial Number: B42195;

- Navy Arms Co., Serial Number: 246058;

- Springfield Firearms Corporation Rifle, Serial Number: 4463;

- Franchi SPAS12 Shotgun, Caliber: 12, Serial Number: AA20832;

- Ithaca Gun Co. Shotgun, Serial Number: 120733;

- Hipoint 995 Rifle, Caliber: 9, Serial Number: B67723.

NOW, THEREFORE, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, the Indictment, the Forfeiture Bill of Particulars, and the Defendant's agreement to forfeiture, and other information in the record:

IT IS HEREBY ORDERED that Defendant shall forfeit to the United States his interest in the Subject Property.

IT IS FURTHER ORDERED that upon entry of this Preliminary Order of Forfeiture, the United States Attorney General or his designee is authorized to commence any applicable proceeding to comply with the statutes governing third party rights, including giving notice of this Order.

The United States shall publish on www.forfeiture.gov, notice of this preliminary forfeiture order and of its intent to dispose of the above-named property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n). Said notice shall direct that any person other than the Defendant asserting a legal

interest in the property may file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. The petition shall be for a hearing before the Court alone, without a jury and in accordance with 21 U.S.C. § 853(n), to adjudicate the validity of the petitioner's alleged interest in the property.   The petition must be signed by the petitioner under penalty of perjury and must set forth the nature and extent of the petitioner's alleged right, title or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.   The United States may also, to the extent practicable, provide direct written notice to any person or entity known to have an alleged interest in the property.

Pursuant to Fed.R.Crim.P. 32.2(b)(4)(A), this Preliminary Order of Forfeiture shall become final as to Defendant at the time of his sentencing.   If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed.R.CrimP. 32.2(c)(2).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in

8

the Subject Property, and additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed.R.Crim.P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed.R.Crim.P. 32.2(e).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

Date: July 19, 2015                      s/Robert H. Cleland
                                         HONORABLE ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE